
**FILED**

APR 03 2017

Clerk, U.S. District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| R. JOSEPH KEITH<br><br>Plaintiff,<br><br>vs.<br><br>ARAG SERVICES, LLC, and<br>GUIDEONE MUTUAL INSURANCE<br>COMPANY<br><br>Defendant. | CV 17–24–M–DLC<br><br>ORDER |

Upon review of the Parties' Stipulation to Dismiss,

IT IS ORDERED that this matter, including all claims and counterclaims, is

DISMISSED WITH PREJUDICE.

DATED this 3rd day of April, 2017.

/s/ Dana L. Christensen

Dana L. Christensen, Chief Judge
United States District Court